## M.A. MORTENSON COMPANY,
Appellant,

v.

## Les BROWNLEE, Acting Secretary of the Army, Appellee.

No. 03–1276.

United States Court of Appeals,
Federal Circuit.

July 28, 2003.

### ORDER

Appellant having submitted the required brief,* and it appearing that the appeal was dismissed in error, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

The Appellee should compute the due date for its brief from the date of filing of this order.

---

Frank J. DICOSTANZO, Petitioner,

v.

## DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
Respondent.

No. 03–3173.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 29, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

## Norman L. MOSS, Petitioner,

v.

## OFFICE OF PERSONNEL MANAGEMENT,
Respondent.

No. 03–3212.

United States Court of Appeals,
Federal Circuit.

July 29, 2003.

### ORDER

Petitioner's motion for leave to proceed in forma pauperis having been granted,

---

* The brief postmarked on July 11, 2003, was received in the Clerk's Office on July 21, 2003.